## A05A2256. SIMON PROPERTY GROUP et al. v. BENSON et al.
(648 SE2d 422)

MIKELL, Judge.

In *Benson v. Simon Property Group*,[1] the Supreme Court affirmed our decision that the plaintiffs' complaint failed to state a claim for violations of the Disposition of Unclaimed Property Act (the "DUPA"), OCGA § 44-12-190 et seq.[2] The Court noted that, to the extent that the plaintiffs "make claims which are independent of the DUPA, this action may still be viable."[3] Thus, the Court affirmed our decision with direction that the case be remanded to the trial court for proceedings consistent with its opinion. Accordingly, the judgment of the Supreme Court is made the judgment of this court, and the judgment of the trial court is reversed and the case is remanded with direction.

*Judgment reversed and case remanded with direction. Andrews, P. J., and Phipps, J., concur.*

DECIDED JUNE 18, 2007.

*Alston & Bird, Rebecca M. Lamberth, John L. Coalson, Jr., Colin K. Kelly, Jay D. Bennett, Brock Clay, Charles C. Clay*, for appellants.

*Nations, Toman & McKnight, Gary J. Toman, John F. Salter, Jr., Roy E. Barnes*, for appellees.

---

[1] 281 Ga. 744 (642 SE2d 687) (2007).

[2] *Simon Property Group v. Benson*, 278 Ga. App. 277 (628 SE2d 697) (2006).

[3] *Benson*, supra at 745.